IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. WRIGHT, JR.<br><br>Plaintiff,<br>vs.<br><br>I.C. SYSTEM, INC, JOHN DOES 1-10 AND X,Y,Z CORPORATIONS,<br><br>Defendants. | Civil Action No. 2:11-cv-06523-JHS |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of all of Plaintiff, James E. Wright, Jr.'s, claims against Defendant, I.C. System, Inc., in the above-captioned matter, with prejudice. A proposed order of dismissal is attached hereto as **Exhibit A**.

Dated: March 5, 2012

Respectfully submitted,

| LAW OFFICE OF VICKI PIONTEK | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C. |
|---|---|
| _Vicki Piontek_<br>Vicki Piontek, Esquire<br>951 Allentown Road<br>Lansdale, PA 19446<br>Telephone: (717) 533-7472<br>Attorney for Plaintiff<br>James E. Wright, Jr. | _/s/ Ronald M. Metcho / rmm5150_<br>Ronald Metcho, Esquire<br>1845 Walnut Street, 17th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 575-2595<br>Attorneys for Defendant<br>I.C. System, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. WRIGHT, JR.<br><br>　　　　　　Plaintiff,<br>vs.<br><br>I.C. SYSTEM, INC, JOHN DOES 1-10<br>AND X,Y,Z CORPORATIONS,<br><br>　　　　　　Defendants. | Civil Action No. 2:11-cv-06523-JHS |

**IT IS HEREBY ORDERED:**

1.　That, pursuant to the parties' March 5, 2012 Joint Stipulation of Dismissal, all claims asserted in Civil Action No. 2:12-cv-06523-JHS are dismissed with prejudice; and

2.　That all parties shall bear their own attorneys' fees and costs incurred in this action; and

3.　That the Court's files for this action are closed.

**SO ORDERED** this ____ day of _____, 2012.

_____
HONORABLE JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE